UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA L. HARGROVE, | ) | CASE NO. 5: 15 CV 707 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| COMMISSIONER OF SOCIAL | ) | RECOMMENDATION |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kathleen B. Burke. The Report and Recommendation (ECF # 20), issued on January 20, 2016, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). The matter is before the Court pursuant to 42 U.S.C. §405(g). The Magistrate Judge recommends that the final decision of the Commissioner be affirmed. Specifically, the Magistrate Judge determined that the Commissioner applied the correct legal standards and found the Commissioner's decision denying Plaintiff's application for both DIB and SSI to be supported by substantial evidence. Plaintiff has not filed an objection to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999). After careful evaluation of the record, this Court adopts the findings of fact and conclusions of law of the Magistrate Judge as its own. Magistrate Judge Burke thoroughly and exhaustively reviewed this case, and

correctly determined that the Commissioner applied the correct legal standards and that the Commissioner's decision denying Plaintiff's application for DIB and SSI was supported by substantial evidence. Accordingly, the Report and Recommendation of Magistrate Judge Burke (ECF #20) is hereby ADOPTED. The Commissioner's final determination denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income is hereby AFFIRMED.

    IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: March 15, 2016